IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: EDWARD EUGENE SMITH  
       PEGGY SUE SMITH  
       18093 ZOLMAN RD  
       FREDERICKTOWN, OH  43019

Case No: 10-55369

Chapter 13

Judge: John E. Hoffman Jr.

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The above case having been COMPLETED on September 14, 2015. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.  The form can be viewed on the Trustee's website at www.13network.com.

/s/ Faye D. English  
FAYE D. ENGLISH TRUSTEE  
CHAPTER 13 TRUSTEE  
ONE COLUMBUS  
10 WEST BROAD ST., SUITE 900  
COLUMBUS, OH  43215-3449  
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: EDWARD EUGENE SMITH
PEGGY SUE SMITH
18093 ZOLMAN RD
FREDERICKTOWN, OH  43019

Case No: 10-55369

Chapter 13

Judge: John E. Hoffman Jr.

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on May 04, 2010.
The plan was confirmed on November 18, 2010.
The Case was concluded on September 14, 2015.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors:           81,463.24

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 8.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| AEP 00008    UNSECURED | 778.19 | 778.19 | 0.00 | 0.00 |
| AHN Ohio Central Billing 00006    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Alltel 00007    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| American General Finance Inc. 00009    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00020    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Bradlee Spence, DDS 00023    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CREDIT ADJUSTMENTS INC 00014    UNSECURED | 787.23 | 643.04 | 0.00 | 144.19 |
| DEBT RECOVERY SOLUTIONS OHIO 00010    UNSECURED | 193.11 | 193.11 | 0.00 | 0.00 |
| EDWARD EUGENE SMITH 00000    DEBTOR REFUND | 96.02 | 96.02 | 0.00 | 0.00 |
| EDWARD EUGENE SMITH 00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| Fredericktown Family Practice 00011    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| GRANGE MUTUAL CASUALTY CO 00012    UNSECURED | 1,155.97 | 1,155.97 | 0.00 | 0.00 |
| GREEN TREE SERVICING 00003    SECURED-506 | 29,750.00 | 29,750.00 | 4,814.68 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-55369   EDWARD EUGENE SMITH and PEGGY SUE SMITH

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| GREEN TREE SERVICING<br>10003     UNSECURED | 4,513.36 | 4,513.36 | 0.00 | 0.00 |
| Harvard Collection Svcs.<br>00013     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE<br>00005     PRIORITY | Not filed | 0.00 | 0.00 | 0.00 |
| JEFFREY A BLANKENSHIP ESQ<br>00033     ADDITIONAL ATTORNEY FEES | 787.50 | 787.50 | 0.00 | 0.00 |
| John A. thorne<br>00025     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| JS & ASSOCIATES APPRAISAL SVCS<br>00032     APPRAISER | 350.00 | 350.00 | 0.00 | 0.00 |
| KNOX COUNTY TREASURER<br>00004     SECURED | 11,488.07 | 11,488.07 | 0.00 | 0.00 |
| Knox Emergency Services LLC<br>00015     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Knox Urology Inc.<br>00016     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING<br>00002     PRE-PET MTG ARREARS | 4,468.11 | 4,468.11 | 0.00 | 0.00 |
| LVNV FUNDING<br>00001     MORTGAGE | Continuing | 15,907.45 | 0.00 | 0.00 |
| MEADE & ASSOCIATES<br>00017     UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| MedClr, Inc.<br>00018     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>00028     UNSECURED | 179.07 | 179.07 | 0.00 | 0.00 |
| NCO Financial Systems, Inc.<br>00019     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PEGGY SUE SMITH<br>00000     DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| RBC<br>00021     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Rossman & Company<br>00022     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| SPRINT<br>00024     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Time Warner Cable<br>00026     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| U.S. Travel, Inc.<br>00027     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Wally World Marketing<br>00029     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| WELLS FARGO DEALER SERVICES<br>00031     UNSECURED | 109.35 | 109.35 | 0.00 | 0.00 |
| WFS Financial, Inc.<br>00030     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Previously refunded during pendency of case | 96.02 | 96.02 | | |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-55369    EDWARD EUGENE SMITH and PEGGY SUE SMITH

| | | | | | |
|---|---|---|---|---|---|
| Debtor refund to be issued upon the approval of the Final Report and Account | | 475.80 | 475.80 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 46,493.68 | 0.00 | 96,453.19 | 0.00 | 571.82 | 143,518.69 |
| PRIN PAID | 46,493.68 | 0.00 | 7,572.09 | 15,907.45 | 571.82 | 70,545.04 |
| INT PAID | 4,814.68 | 0.00 | 0.00 | 0.00 | | 4,814.68 |
| | | | | | TOTAL PAID: | 75,359.72 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| | | |
|---|---|---|
| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
| JEFFREY A BLANKENSHIP ESQ | 2,500.00 | 2,500.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 3,343.99 | 0.00 | 5.55 | 3,349.54 |

Dated: 10/01/2015

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: EDWARD EUGENE SMITH<br>PEGGY SUE SMITH<br>18093 ZOLMAN RD<br>FREDERICKTOWN, OH  43019 | Case No: 10-55369<br><br>Chapter 13<br><br>Judge: John E. Hoffman Jr. |

### CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: EDWARD EUGENE SMITH
PEGGY SUE SMITH
18093 ZOLMAN RD
FREDERICKTOWN, OH  43019

Case No: 10-55369

Chapter 13

Judge: John E. Hoffman Jr.

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Chapter 13 Trustee's Certification of Final Payment and Case History was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 10/1/2015

/s/ Faye D English

Electronically signed by
Faye D English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Faye D English, Chapter 13 Trustee
, Attorney for Debtor

By ordinary U.S. Mail addressed to:

**Plus all parties on the attached Creditor Matrix**

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-55369    EDWARD EUGENE SMITH and PEGGY SUE SMITH

Creditor Matrix for Case Number 10-55369

| Creditor Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| 21st Mortgage Corporation | | | | 000000000 |
| Green Tree Servicing LLC | | | | 000000000 |
| JS & Associates Appraisal Services, LLC | P.O. Box 360713 | Columbus | OH | 432360713 |
| LVNV Funding LLC | c/o Resurgent Capital Services PO Box 10587 | Greenville | SC | 296030587 |
| Midland Funding LLC by American InfoSource L | Attn: Department 1 PO Box 4457 | Houston | TX | 772104457 |
| Ohio Department of Taxation | | | | 000000000 |
| Ohio State University | | | | 000000000 |
| Springleaf Financial Services of Ohio, Inc. | | | | 000000000 |
| AHN Ohio Central Billing | 2500 Corporate Exchange Dr. Ste. 100 | Columbus | OH | 432310000 |
| Alltel | Bldg. 4, Second Floor One Allied Dr. | Little Rock | AR | 722020000 |
| American Electric Power | PO Box 2021 | Roanoke | VA | 240222121 |
| American Electric Power | PO Box 24401 | Canton | OH | 447010000 |
| American General Finance Inc. | 1504 Coshocton Ave. | Mt. Vernon | OH | 430500000 |
| Asst US Trustee (Col) | Office of the US Trustee 170 North High Street | Columbus | OH | 432150000 |
| Atty General - Collection Enf | Attn: Bankruptcy Staff 150 E. Gay St., 21st Floor | Columbus | OH | 432150000 |
| Bradlee Spence, DDS | 16400 Village Pkwy. | Fredericktown | OH | 430190000 |
| California Recovery Bureau | 135 Vallecitos De Oro Ste. G | San Marcos | CA | 920690000 |
| Collectech Systems | Consumer Service Dept. PO Box 4157 | Woodland Hills | CA | 913650000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-55369   EDWARD EUGENE SMITH and PEGGY SUE SMITH

| | | | | |
|---|---|---|---|---|
| Credit Adjustments, Inc. | 330 Florence St. Plaza Center Mall | Defiance | OH | 435120000 |
| Debt Recovery Solutions of OH | PO Box 1307 | Mansfield | OH | 449010000 |
| Empire Affiliates Credit Union | PO Box 216 | Mansfield | OH | 449010000 |
| Fredericktown Family Practice | 16361 Village Pkwy. | Fredericktown | OH | 430190000 |
| Grange Mutual Casualty Company | 650 S. Front St. PO Box 1218 | Columbus | OH | 432160000 |
| Green Tree | PO Box 94710 | Palatine | IL | 600940000 |
| Green Tree Servicing LLC | P.O. Box 6154 Rapid City, SD 57709-6154 | | | 888298778 |
| Green Tree Servicing LLC | PO Box 6154 | Rapid City | SD | 577096154 |
| Harvard Collection Svcs. | 4839 N. Elston AVe. | Chicago | IL | 606300000 |
| Internal Revenue Service | Special Procedures Section PO Box 1579 | Cincinnati | OH | 452010000 |
| John A. thorne | 15063 Wooster Rd. | Mt. Vernon | OH | 430500000 |
| KMS Collections, Inc. | 300 W. Vine St. | Mt. Vernon | OH | 430500000 |
| Keis George LLP | 55 Public Sq. Ste. 800 | Cleveland | OH | 441130000 |
| Knox Cardiology | Debt Recovery Solutions of Ohio PO Box 1307 | Mansfield | OH | 449010000 |
| Knox Community Hospital | PO Box 1288 | Mt. Vernon | OH | 430500000 |
| Knox County Treasurer | 117 E. High St. | Mt. Vernon | OH | 430500000 |
| Knox Emergency Services LLC | Dept. KNO PO Box 827418 | Philadelphia | PA | 827418000 |
| Knox Urology Inc. | 812 Coshocton Ave. | Mt. Vernon | OH | 430500000 |
| LVNV Funding LLC | c/o Resurgent Capital Services PO Box 10675 | Greenville | SC | 296030000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-55369   EDWARD EUGENE SMITH and PEGGY SUE SMITH

| | | | | |
|---|---|---|---|---|
| Meade & Associates | 737 Enterprise Dr. | Westerville | OH | 430810000 |
| MedClr, Inc. | c/o NCO Financial Systems Inc. PO Box 8547 | Philadelphia | PA | 191010000 |
| Midland Funding LLC | by American InfoSource LP as agent Attn Department 1 | Houston | TX | 772104457 |
| NCO Financial Systems, Inc. | 1804 Washington Blvd. Mailstop 450  Dept. 03 | Baltimore | MD | 212300000 |
| Ohio Department of Taxation | Attn: Bankruptcy Division PO Box 530 | Columbus | OH | 432160000 |
| RBC | PO Box 1548 | Mansfield | OH | 449010000 |
| Rossman & Company | 3592 Corporate Dr. Ste. 10 | Columbus | OH | 432310000 |
| Springleaf Financial Services of Ohio, Inc. | P.O. Box 645 | Reynoldsburg | OH | 430680000 |
| Sprint | PO Box 740463 | Cincinnati | OH | 452740000 |
| Time Warner Cable | c/o Credit Protection Assoc PO Box 9037 | Addison | TX | 750010000 |
| U.S. Attorney - Columbus | 303 Marconi Blvd. Ste. 200 | Columbus | OH | 432150000 |
| U.S. Attorney General | Main Justice Building Rm. 5111 10th & Constitution Ave. N.W. | Washington | DC | 205300000 |
| U.S. Travel, Inc. | PO Box 319 | Loudonville | OH | 448420000 |
| Uhlinger and Keis | 55 Public Sq. Ste. 800 | Cleveland | OH | 441130000 |
| Verizon Wireless | PO Box 3397 | Bloomington | IL | 617023397 |
| Verizon Wireless | PO Box 9058 | Dublin | OH | 430170000 |
| WELLS FARGO DEALER SERVICES | PO BOX 19657 | IRVINE | CA | 926239657 |
| WFS Financial, Inc. | PO Box 168048 | Irving | TX | 750160000 |
| Wally World Marketing | c/o Sage Systems, Inc. PO Box 34334 | Seattle | WA | 981240000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-55369   EDWARD EUGENE SMITH and PEGGY SUE SMITH

| | | | | |
|---|---|---|---|---|
| Edward Eugene Smith | 18093 Zolman Road | Fredericktown | OH | 430190000 |
| Faye D. English | Chapter 13 Trustee<br>10 West Broad Street | Columbus | OH | 432153449 |
| Jeffrey A Blankenship | 3303 Sullivant Ave. | Columbus | OH | 432040000 |
| Peggy Sue Smith | 18093 Zolman Road | Fredericktown | OH | 430190000 |